# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 12, 2025

Lyle W. Cayce
Clerk

———————————

No. 25-50694

———————————

Rickye Henderson,

*Plaintiff—Appellant*,

*versus*

Ali Arabzadegan,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-450

_____

Before Clement, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

After reviewing the appellant's brief and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6. All pending motions are DENIED as moot.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.